

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-25-00063-CV

Glenn **SAMUELS**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI24564
Honorable Rosie Alvarado, Judge Presiding

## ORDER

Sitting:    Adrian A. Spears II, Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

In accordance with the court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. No costs are assessed against appellant. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1.

It is so **ORDERED** on April 2, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk